IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:15-00187-FL

| | |
|---|---|
| DONNA L. EREXSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER ) | |
| OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant ) | |
| ) | |

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, to affirm in part and remand in part this action for further administrative proceedings and development, the Court hereby affirms the Defendant's final decision that Plaintiff was disabled from February 25, 2011, through October 14, 2012, and vacates the Defendant's final decision that Plaintiff has not been disabled since October 15, 2012, and remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings and development with respect to the period after October 14, 2012. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Shalala v. Schaefer*, 509 U.S. 292 (1993).

The clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this the 28th day of December, 2015,

_____
Hon. Louise W. Flanagan
U.S. District Judge
Eastern District of North Carolina