UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DONNA L. EREXSON,

    Plaintiff,

v.

**JUDGMENT**

No. 5:15-CV-187-FL

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 28, 2015, that defendant's motion to remand is granted and the Commissioner's decision is reversed. This matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**This Judgment Filed and Entered on December 28, 2015 and Copies To:**

Jonathan Blair Biser (via CM/ECF Notice of Electronic Filing)
Jeannette M. Mandycz (via CM/ECF Notice of Electronic Filing)

December 28, 2015        JULIE RICHARDS JOHNSTON, CLERK
                                         /s/ Christa N. Baker
                                        (By) Christa N. Baker, Deputy Clerk