IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:15-CV-00187-FL

| | |
|---|---|
| DONNA L. EREXSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER ) | |
| OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant ) | |
| ) | |

Upon stipulation and agreement of the parties, it is ordered that Defendant pay to Plaintiff $2,782.40 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

SO ORDERED this the 4th day of April, 2016,

Hon. Louise W. Flanagan
U.S. District Judge
Eastern District of North Carolina